Your Honor, Peter Jarvis for Appellant Richard Stone, who is seated in the second row there by the aisle. This is an appeal from an order granting sanctions. Rule 7.1a of the local rules of U.S. History Court in Oregon requires certification, in this case, that the party has made a good faith effort through person or telephone conferences to resolve the dispute and has been unable to do so. My client, Mr. Stone, before he filed the summary judgment motion, had both before and after the litigation was filed, and so Judge Brown found, conferred with opposing counsel, but the judge took him to task for not having conferred immediately before. And she, in her opinion, clearly inserted the word immediately into the local rule, which is not there, and then found him to have filed a frivolous pleading for not having included that. We're not talking here about the improper purpose branch of frivolousness. We're talking about the other branch. The facts are, include that there is no authority out of this district, at least no published opinions anywhere, no opinions online that reached the conclusion that Judge Brown reached. There are none the other way either. What do you mean by the conclusion she reached? What conclusion? That the conference, excuse me, had to be immediately before and in respect of the motion. My client, as he said, and as Judge Brown found, said that at the time that he filed the motion, he believed that he had to have conferred about the merits of the matter, which he had. He did not believe that he had to do so again, if you will, immediately prior to filing the motion. Yeah, but the only really sensible interpretation of that rule is it would be conferred about the motion, the merits of the motion, not the whole case. I would agree with you, first of all, that if there were issues raised by the motion that had not been discussed, clearly those would need to be discussed. But that's not the fact here. I would even agree with you for purposes of discussion, certainly, that that might be the better interpretation of the rule. The question is whether having concluded otherwise in the absence of any published local authority, this is a sanctionable matter. And there what the court said was she found that in essence it's a matter of judicial notice that everybody would have construed the rule that way. But that's a matter of unpublished local law, if you will. And I think it's clear from the Ninth Circuit Stringfellow case and from cases elsewhere in this and other the Ninth Circuit and other jurisdictions that you need something more than negligence if negligence it was to have interpreted the rule as Mr. Stone at one time admit that, you know, he really didn't look into what the proper interpretation of the rule was. No, he admitted at oral argument that Judge Brown had correctly construed the rule. He admitted that some judges construed it that way. She never found to the contrary. There was in fact we never found and she never cited either in her opinion any, as I said, online opinions dealing with this issue. The implication is that some judges had construed it her way and other judges had not construed it her way. She doesn't even say that she had clearly published opinions on point. The point being just that even if one were to assume that he were negligent, this stands in very stark contrast to say the GC and KB Investments case of this court in which the lawyer was very clearly warned that continuing to take a particular position would get the lawyer in trouble. He did not admit he did not admit that he didn't look adequately. He admitted he read the rule. He did read the rule and on the face of the rule it doesn't say immediately before and perhaps because he practiced in other parts of the circuit where some motions are accepted, excluded from this kind of rule. He figured that it was enough that he have conferred about the matter both before and after the case was filed and there's no question but that the other side wouldn't have conceded either of course. But that's basically it. The question it seems to me is even if one assumes that he was mistaken and that the judge correctly construed the rule, is this a sanctionable matter in the absence of clear or any written case authority on point? And is there a case that says you have to have published authority in order for it to be clear? No, but there is it has to be, for example, in the Stringfellow case, citing this court citing the Second Circuit, has to be patently clear that a claim has absolutely no chance of success under existing precedents. And here among other things we don't have existing precedents. We have local law. And that it seems to me is what this is about. The other part of this, of course, Your Honor, is that he had no motive or reason and the court cites none for him to do this if he had understood the rule to require an immediate pre-motion conversation, he could have had it. What remains is that the statement of fact that he made that the parties had conferred and not agreed was literally true. Well, he could have done it out of laziness and arrogance and thought he could get away with it. Unlikely. That's a sufficient motive, isn't it? A lot of lawyers act out of that. Well, except it's unlikely here given that this was very hotly contested litigation and he could reasonably have expected the other side not to sit silent by while he did that. Is that what I'm saying? It would have been quite likely that it would have been brought up to him, as indeed it was. I sense from an answer you gave earlier that you think that there's perhaps a distinction in a summary judgment motion, which is in effect kind of bringing the whole case before the court. There's a difference there from, say, a motion for extension of time or other ones. Yes, I think that the logic of requiring a specific conferral is different when the very positions of the parties, the very reason they're in court, is proof enough that there's going to be no disagreement. Yes. And indeed, as we pointed out, other courts, other judges in this in this district, while not reaching the exact question here, and there are no other opinions from this district that reach the exact question here that we found, take a more flexible approach to the rule as a general proposition. Do we have jurisdiction? Yes. Why? Because you have it either under the intermediate interlocutory appeal or if you from which we separately appealed and the two appeals were combined. The 54B certification doesn't seem to mention this, except to say that it doesn't affect the appeal of the Rule 11 sanction. I don't have the I can't bring the exact language to mind. But as I recall it, everything except what was kept alive was was done there. And the point of the 54B motion was, insofar as this is concerned, is either you have it before from the interlocutory appeal or you're going to get it now. And either way, as I say, is fine, is fine for us. We don't have to win on jurisdiction on two grounds. One is one is sufficient, but you do need one. Yes, sir. And if if the interlocutory doesn't work and if the 54B certification doesn't cover this, where are you left? If I'm without jurisdiction, then I've wasted the courts and my clients time. I can stipulate to that, but not frivolously. There's nothing for I have nothing further. Thank you. Thank you. Yes. Thank you. Next case this morning is Ernie versus Barnhart. May it please the court, Catherine Tassinari for the plaintiff appellant. We have somebody representing an appellee. We do pick the wrong moment to go outside. That's OK. I'm sorry. I'm so worried about my own. I wasn't paying attention. We'll give her a second to get settled in. Thank you.
judges: Hug, Tashima, Clifton